MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted October 21, 2013; decided November 14, 2013

Motion by The Center for Popular Democracy for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted October 28, 2013; decided November 14, 2013

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

JFK HOLDING COMPANY LLC et al., Respondents, v CITY OF NEW YORK et al., Defendants, and THE SALVATION ARMY, Appellant.

Submitted February 11, 2013; decided November 14, 2013

Motion to strike Point III of the brief for respondents denied.

Judge RIVERA taking no part.

In the Matter of DANIEL KASCKAROW, Appellant, v BOARD OF EXAMINERS OF SEX OFFENDERS OF STATE OF NEW YORK, Respondent.

Submitted October 28, 2013; decided November 14, 2013

Motion for poor person relief granted.